IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOSEPH J. CAMPUS, IV,**

    Plaintiff,

v.                                        Case No.: 3:07cv275/MCR/EMT

**HOLIDAY ISLE, LLC, an Alabama
limited liability company,**

    Defendant.

_____/

## ORDER TEMPORARILY STAYING ALL PROCEEDINGS
## AND TOLLING DISCOVERY

    Pending in this case are the motion to transfer filed by defendant and the motion to remand filed by plaintiff. The court has determined that, in the interest of justice, a stay of all further proceedings in this case is appropriate pending disposition of the parties' motions.[1]  Discovery shall be tolled until further notice by the court.

    **DONE AND ORDERED** this 26th day of July, 2007.

                                          _s/ M. Casey Rodgers_
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**

---

    1 The stay does not affect the parties' ability to file responses to the motions as provided in the Federal Rules of Civil Procedure and the Local Rules of this court.